# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| **KIRK DAVID MARSH, KIRK RUSSEL MARSH, and MARSH INVESTMENT GROUP, LLP** | )<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | ) |
| **ALDEN M. WALLACE, III, PRISCILLA P. WALLACE, NELL WALLACE, WALLACE RENTALS, LLC, HAROLD WRIGHT, RICHARD ODOM, JOHN HOWELL, and HOWELL LAW FIRM, and** | )  CIVIL ACTION NO. 4:07-cv-60<br>)<br>)<br>)<br>) |
| **Defendants.** | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard upon motion *ore tenus* that this action be dismissed with prejudice. The Court has been advised that the Plaintiffs have settled all claims asserted in this action against the only remaining Defendants, John Howell and Howell Law Firm. Finding the motion well taken,

IT IS THEREFORE ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice.

SO ORDERED this the 9th day of March, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED:

s/Alicia Kate Margolis
ALICIA KATE MARGOLIS
Attorney for Plaintiffs Kirk David Marsh,
Kirk Russel Marsh and Marsh Investment
Group

s/Henry Palmer
HENRY PALMER
Attorney for John Howell and
Howell Law Firm